# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

GAIL KING,

    Plaintiff,

v.

CITY OF MADISON,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 07-cv-295-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin

_____
by Deputy Clerk

_____3/12/08_____
Date