IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GAIL KING

                    MEMORANDUM

        Plaintiff,

                     07-cv-295-bbc

  v.

CITY OF MADISON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  On March 11, 2008 I granted defendant City of Madison's motion for summary judgment on plaintiff Gail King's claims of discrimination under the Americans with Disabilities Act and the Rehabilitation Act. On March 28, 2008 I denied plaintiff's motion alter or amend judgment under Fed. R. Civ. P. 59.

  On April 24, 2008 plaintiff filed a notice of appeal from the judgment entered in this action on March 12, 2008. Because plaintiff was granted leave to proceed <u>in forma pauperis</u> in this court, she "may proceed on appeal <u>in forma pauperis</u> unless. . .the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Fed. R. App. P. 24(a). Upon review of the record, I cannot find that plaintiff is not entitled to proceed <u>in forma pauperis</u> on

1

appeal, and I cannot certify that an appeal would be taken in bad faith.

Entered this 28th April, 2008..

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2